UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY DARNELL MORTON,

    Plaintiff,                      Case No. 1:22–cv–00397–PLM

vs.                                Hon. Paul L. Maloney

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER REOPENING CASE**

    In the interest of judicial and administrative economy, the order closing this case and transferring movant's motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence is VACATED, and the civil case is hereby REOPENED.

    The Clerk is directed to transfer any filings related to the §2255 motion into the above captioned civil case, and all future filings shall be made in this case.

    IT IS SO ORDERED.


Dated:  June 27, 2024                        /s/ Paul L. Maloney
                                                  PAUL L. MALONEY
                                                  United States District Judge